# EASTERN DISTRICT OF LOUISIANA

MAG. Number: 26-111 Complaint/Warrant from Other District

Defendant: OMAR ADHAMI

Violation: MATERIAL SUPPORT OF TERRORISM
WIRE FRAUD
18 USC 2339B
18 1343

U.S. Attorney: GREG KENNEDY

Date Assigned: SEPT. 11 2026

Interpreter Needed? Yes No

Sealed? Yes No

Court Date and Time: ______

Before Magistrate Judge: ______